

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHONG WOONG LEE,

      Plaintiffs,

 - against -

THE SOLOMON GROUP, LLC, and RICHARD S. YOON

      Defendants.

Case No. 17-cv-6340

**STIPULATION OF VOLUNTARY DISMISSAL**

It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the claims of Plaintiff CHONG WOONG LEE are dismissed, without prejudice and without costs or fees to either party, against all Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
    March 12, 2018

HANG & ASSOCIATES, PLLC

By: _____
 Phillip H. Kim, Esq.
136-20 38th Avenue, Suite. 10G
Flushing, New York 11354
Tel: (718)-353-8588
pkim@hanglaw.com
*Attorney for Plaintiff*

By: _____
Sidney A. Weisberg, Esq.
98 Cutter Mill Road, Suite 332
Great Neck, NY 11021
(516) 466-2750
SAWESQ@OPTONLINE.NET
*Attorney for Defendants*

So Ordered

s/Carol Bagley Amon

3/12/18